Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| Willie Rogers Griffin | Case No. _____ |
| | *(to be filled in by the Clerk's Office)* |
| _____ | |
| **Plaintiff(s)** | Jury Trial: *(check one)* ☐ Yes ☑ No |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |
| -v- | |
| _____ | |
| **Defendant(s)** | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Willie Rogers Griffin |
| Street Address | General Delivery |
| City and County | North Las Vegas |
| State and Zip Code | Nevada 89030 |
| Telephone Number | |
| E-mail Address | gwillie820@gmail.com |

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1

Name — Police

Job or Title *(if known)* — Police Department

Street Address — San Bernardine

City and County — 290 N D st

State and Zip Code — Ca 92401

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name — library

Job or Title *(if known)* — library

Street Address — San Berhardiho 555 w. 6th

City and County — San Berhardiho

State and Zip Code — Ca 92401

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name — Save More Store

Job or Title *(if known)* — Casher

Street Address — 324 w. Baseliness

City and County — San Berhardiho

State and Zip Code — Ca 92401

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name — Police Department

Job or Title *(if known)* — Police

Street Address — 200 w. Compton Bl

City and County — Comton

State and Zip Code — Ca 91220

Telephone Number — 310 6037422

E-mail Address *(if known)*

City of Compton
205 S. Willow brook Ave
Compton ca 90720
301 605 5500

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                           ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.  *rigth to be freedom*

*Attorney*

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

    a.   If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the

        State of *(name)* _____.

    b.   If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated

        under the laws of the State of *(name)* _____,

        and has its principal place of business in the State of *(name)*

        _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

    a.   If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of

        the State of *(name)* _____. Or is a citizen of

        *(foreign nation)* _____.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____ *Ca* _____ , and has its

principal place of business in the State of *(name)* _____ *Ca* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ *N/A* _____ ,

and has its principal place of business in *(name)* _____ *Ca* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

2 Trillion Dollar

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

social security donot want to paid penchin from the death and do not want to pay early retirement and to not want to pay full retirement scale Police is helping their work stile My welfa from me Store are asking for to much tax. Grayhound for not Delivery my Dolly. The library fin know the state Law of ID Save more store there or 80% 6 cent on Dollar. cramm end o, and the micophone interfear ikd with the Law.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff

### B.     For Attorneys

Date of signing:

Signature of Attorney        *Willie R Mifflin*

Printed Name of Attorney     *willie R Griffin*

Bar Number

Name of Law Firm             *I Licenose my the supreme*

Street Address               *of Washington DC*

State and Zip Code

Telephone Number

E-mail Address               *gWillic820@mail Com*

BRIEFING

       I am bring a lawsuit on the city, and the state of Indianapolis,  Indiana, and San Bernardino, Sacramento Ca, Compton Ca, Greyhound the san Bernardino Police  save more for 2 Trillion Dollar social security payment, and for not return my house key, and for Robbery, and fraud, and temped murder interfering with the law interfering with personal business slander.  Sacramento department of correction creamendo office is illegally trucking from 5 different in state. He have a microphone men who is his love. Who is the microphone men who have 5 indictment for other state who is a police or a FBI men. Interfering with the law by trying to stop me from sue by ask the people to help him by starting fight with me, and asking not sale a Dolly to me, and stop social security give me the right information to clear up a problem. Greyhound refuse to send me my dolly. That was on the bus the tag number is AA6458339. When I got off the bus in san Bernardino It was not there, so I call Greyhound, and they never sent the dolly 3 times. They say that do have to I say they do have give back. The Police came to the park, and said I have to take down my tent the date was 1-5-22 the time was am. With I take down tent I had to take out all the thing I had in it. My weight was in the tent. He ask me to come in the park to get my food out a basket. So when I did staff who was standing round the tent take my weight. The park is on 9 street, and E street there was no reason why they stole my weight. My tent was on the outside of the fence On E street about 8am the police ad it one person to take one bag out of my basket. The police have gauhg of people help them stole people thing. Social Security I call them to fine out why I was been paid so low, and why I have not got my full retirement payment . While I was waiting they did not payment they did not pay me November, and December but do pay me one of them. Never pay me the other one, and never for my full retirement, and did pay me for my pension, or mother, and father died. I when to the federal court in Maddison, Wisconsin, and federal in Indianapolis Indiana. I never got a fee back on that matter, and been 2 years ago. The social security will not give my social security refuse to. I say they cannot, and they say that can. I went to save more store and that tax is on 99cent on a liter pop is 18cent. It 8 or10 on a Dollar. They say it not.  Say it. I try to get may gun back 2 time. All when to federal and it grant. I need a release on them. I need my passport, and a passport book, and do not need not need a escort.  I need for ID purpose. When to federal two times. This was In the federal Charleston Va.

Crammendo who work for the department of correction is robbed me, and still have my ID for 50 year back. The microphone men is vicmize me lock me up,and Crammendo is tring to vicmisze me the some way ,and stile for me this is why thay do not pick them up, and mudder me in the way. This why thay do not have a complaint are a crime. Vo25 ƒ16   Pape 116 US Key Griffin V The C Hyand State. all iTen have Tobt return.

Social security told me that I should take it over went Ca. My social security office in not in Ca, and do not have anything to do with Ca. you are that Social Security. To say It you are ago to get my retirement check are not.

The Police have know beef, and reason fellow me around, start interfering anything I do in law,are complain about any care. Then who is the complainer. What is your reason.and do work went the police,and not not hire by the

I am suing the city, and State of Indianapolis Indiana, and Sen Bernardino ,and  Sacramento Ca, Compton Ca. Greyhound in Richmend Va, San Bernardino Police Dpt. Social Security, and Save more for 2 Trillion Dollar for not returning the key to my house after my mother pass way, and Robbery, and fraud, and temped murder interfering with the Law, and personal, Business, slander. Falsely acque me. Disable the piece. ading grate body herm. Social Security for back paidment,and one check that was not payed. Want to give the falsely  acqure the Death by eleronution, and tarter for 1 yr.because thay are tring to kill by jailing Illegcally Poeple, and 80 yr for anything that could be a crime. In the federal ~~pentameter~~ *inpepsonment*

*and Trillion Dollar*

## Cause
### Grayhound

Because Grayhound do not want to return my dolly.
Because thay do not know what staetion.
Because thay refuse to give back my dolly.

### Library

Cause the library do not want poeple to sue Grayhound
Cause the library that rule, or not Law.
Cause the library do not except the state laws.

### Tent
### Police

Cause it know rule that I can not camp out side the park.
Cause he had know business taking my weigth. at 11Am.
because somebody call them, and tole them to make me move.
The polie, and these work suround my tent and stole my weigth.
The police migth of call secial security to not to lit me Back my retirement.

### Police

The police bring thair poeple to help then to still.
The police use a micophone men to start fegth. and to stop Lawsue.
The police use the micophone to stop Lawsue.
by tili the community help him stop a Lawsue.
more 2 time in other state. Him, and Crammendo correction officer and have sindicment. and sommen

[2]

My
Gun Fact

(1) My Gun was take for me by the police
(2) that came to my ask my mother to give them
my Gun.
(3) Fact Thay had Know reason to take my Gun out of
that house.

belive

(1) this was a set up long time ago
(2) thay was tring take the house a long time ago
(3) The Police is all The lime in the pitare

Cause

(1) The Police do not have Know Rigth to till
and body to move in my s. I can Not sit out.
(2) My house was never Rent to any body.
I Know body Know who thair gang mumber is.

Claim

(1) The Police do not have Know Rigth to till
any body to move ih my so, I can not git out.
(2) My house was never Rent to any body.
(3) Know body Know Who Thair gang mumber is

my
house

(1) my house that was grant I Can not Live, be cause
the city said thay do not have the Key to affirpoerle die
in my house.

(2) Know Lock Smeth will may Key for that Door.

(3) The Police, and thair Gang munber come by, and Shot at My
house.

belive
that what going on. Police and thair gang shot at my hous
The Police son die in that house.
The Police is saing that Mexican men house.

Cause

(1) I do not Know that sit that from. That thay own a
house at 935 W Poplar. Compton Ca.

(2) it been to Court, and it was detriment.

(3) Why the police is till poerple git out and do not
have not paper on the paper.

Claim

(1) thay Claim that the house belong to some
mexican poerple.

(2) I Claim it never been sale to anybody.

(3) The Police have Know were to fine them at.

Fact

## Grayhound

(1) It a Fact that I contact ~~Grayhound~~ Grayhound
3 time about my Dolly ~~____~~ that have been missing.

(2) I got some of my thing, but not my Dolly.

(3) I tole them on the liebrary computor
that I will sae for it.

## Liebrary

(1) The library let me use the computor
3 time. And tole me that thay had a rule
that I to have a virtdate stats licnse.

(2) My Tn state licnse was expire, but can
Be ID under the Law with a social
security card.

(7) Thay siad know it can not.

(4) I siad Thay are block me for suing Grayhound
, and stoping me from sitting my Dolly Back,

## Tent

(1) Thay want to make me take down my tent.

(2) Thay stole my weigth for me.

(3) thay want to serach my tent

(4) The police, and theire work stole my weigth.

(5) The police migth of call social security
to not to lit me Back on social security.

## Police

(1) the police bring thair poeple to help them
still police use a micephone men to startfegth.

(2) the police use the micephone to stop Lawsue.

3 The police use the community help him stop a Lawsue.

4 By till the community help him stop a Lawsue.

6, or 7 time in other state. Him, and Gramondo correction office
(1)

Polygraph
Quistion

Crammendo
,and
Policemen

what your Name?
what is your Job?
Who tole you to follow
willie A Griffih out state? yes or no till the court?
what is your crime? Can you till the
Court? yes or no
Did you make a lot of
announsment untile you got
him shot? yes, or no

Do you ask police to still from? yes or no
are any body esle? yes or no

Policemen
Social security indaihapolis
indaihia

Did The police call social security
,and told social security "Kept me off
of my social security? yes or no
Did the police ask you to Till him to
Contect Ca, if he went to be cut on?
yes or no

Social security why? and who? in
Ca. do he have to talke in Ca?
Can you till the Court?

Social security will make plane
with any body with money with me
Know about it? yes or no

Social security is not going to till
Me anything about it?
Social security retirement do not with
to paid the retirement Scale? yes or not

The micophone men is the men who
bring the infroonation to the General Pulbic
for envery body to Know on me? yes or no
The Police that tild me to take down the tent
did thay take my Weigth? yes or no
are did that help or take my Weisthales or no



Clain

Grayhound

I clain that Grayhound Some body take my Dolly
I clain that Grayhound was wooking the police
I clain that Grayhound was in this with the
Library.

Library

I clain the Library rule interfear with the
Law of the state
I clain the Library do not want me to sue
the Grayhound.
I clain rule are not Laws.

my ground are comspiracy spive, and froud
is ground for a Polgraph test
ane is needed.

Tent

I took down the tent like he Told me
I Know Police, and his work took my
Weisth for Know reason.
I know that some in the Police Vepartment
Call Social security and told them not to
turn me Back on until that said so.

Police

(1) The police is tring Jail me. By using the
micophone men, and Crimmendo, and Rodde.
(2) That While thay will not stop madling there
annoachment
(3) that While thay follow me, and interfear with my case
(4) Know attorney can by follow state to state. by the Police
and a Correction Office. They are ileg cullr doing this.

Cause

Crayhound

(1) It the way that want to do thing
(2) thay do not want return my Dolly
(3) Thay say they do not have it.

Liebrary

(1) The liebary siad that have rule
(2) The liebary siad never had of a that
license expire that return to ID.
(3) The liebrary lit me use it 3 time
Know more.        Tent

(1) Thay want to make me take down my tent,
(2) Thay stole my weigth for me.
(3) Thay wont to serach my tent
(4) The police and his work stole my weigth-
(5) The police misth of call social security
to not tolit me Back on social security

police Departmen
(1) The police bring thair poeple to Help them
still.
(2) The police use a micophone men to start frgth.
(3) The police use the micophone to stop lawsue.
(4) By till the community help him stop a lawsue.
6 or 7 time in other state. Him, and cramendo
Correction office.

(1)

Fact I been spy on by the police
, and thay Deparment of crimendo
of ca, of department of correction.

### Eau Se

(1) The secial sechrity did not pay me mo of
(2) Nov, and Dec, and did pay one of those no.
(3) My Cord expire Dec 31
4  Fact I am on my Full reterment. IF not I sould
    be gitting it.
(5) Fact that thay send me 2 Debit card that cannot
be active.

Fact I am about be gitting about 1,300.00, or
1,400.00 a mo.

### Save more store

### Cause

The save more stor  tax is not right on a lite of
pop at the price of 99¢.
Fact the it 1¢ or 8¢ on a Dollar in the unite State
Fact it not 18¢ on a Dollar.

### Passport
### Charton Virgina
### Cause

(1) I am not a criomal, and do have Scot
    to a countyr, and out of a countyr
(2) Fact I pay for the passport
(3) Fact I am over 21 yr of age.

Fact Know; inproination my cars
, and was not return.
Suprime division on it was granded.
Fact I have not seen anything that I did for me.

Goayhound never Find My Dolly? yes or on
Grayhound will not Give the Dolly to me? yes or no

The Library only making thair rule over
the unite state yes or no

D.id Khou stand to make Dolly
Grayhound

Fact I been spy on by the police
and thay Deparment of crimenda of ea.
of departmentof corroction.

Fact

Secial security

(1) PoThe secial security did not pay me me of
(2) Nov, and Dec and did pay one of those no.

(3) my card expire Dec31

(4) Fact I am on my Full reterment. IF not I sauld
be gitting it.

Fact That thay send me a Debit Card that Coa not
be active.

Fact I am about be gitting about 1,300.00 or 1400.00
a mo.

save more store

Fact

The save more store Tax is not eight on a lite of
pop at the pice of 99¢

Fact the it 1 org on a Dollar in the unite State

Fact it not 18¢ ona Dollar.

passport
Charton virgina

Fact

(1) I am not a criamal and do have be sect
to a Coantyr, and out a Countyr

(2) Fact I pay for the passport

(3) Fact I an over 21 yr of age.

cars

Fact Know infromation my cars
and was not return.
supoime division nw granded
Fact I have not seem anything thatd.d for me.

(2)

# Grayhound

## Reason

(1) I contact Grayhound to till that I Lost property on the bus.

(2) I told Grayhound send me son that did, but thay did not send me my Dolly.

(3) thay do know the Bus that I got off.

(4) I gave them the I☒ tag number.

## Library

(1) The libbary Do not with me to sae Grayhound.

(2) The library have aule that can not lit poeple use thair Conputer with ID.

3 The library season ▓ will not except state Law

4 expire liccere is use as ID.

## Tent

(1) poeple do not want the up thay want tent down. ▓ know sign posted.

(2) Thay want to still my weigth.

(3) Thay just want to cause Toaulbe.

4 Thay want to help thair poeple.

(5) Thay call socdal security to make sur I do it Back on.

(A) ▓ ▓ ▓ ☒ Police

(1) ▓

(1) The Police bring thair poeple to help them men to start stife. (2) The Police use a micophone to stop fegth. (3) The Police use the micophone to stop a Lawsue Lawsue. (4) By till the Commuity, help him stop a Lawsue 6. or tim in other state. the micophone and commendo

Police

## reason

Thay want to stop me for suing them.
Thay tring to help still for me.
The Cremmendo have all my ID in his place.
Who refuse to return it. To stop me for suing
Then
The Police have all my Car and want return then.
The help Police still my bag 2 Block down, because
thay want kept me down and out.
Thay want to help in slave Black Poeple.
Thay want to slave master.
Thay are sping on attorney for thay can last thair Case.
and for thair frend can win

## secial Securiy

(1) Thay are making Deal with the Police and someone
in the Community. To stop him from gitting to money that
is rigthy owd to him.

(2) That do not want to pay the sale thay surpose be Payed

(3) That are refuse to do anything in that office for the claim
save mare store

Thay want to Charse The Communite more tan.

. Thay do not want to sale that Type of sode pop.

passport
Charton Vinginia
(1) I am not a criamal, and do have be esseot.
to a Country, and out a Country
(2) I pay for the passport
(3) I am over 21 yr of age        Car
    (1) my Case was supose be Grant to me with the key know reason
    (2) Police will not releasse then.
    3 know other reason.

belive

"1 belive I the the micophone men, and crimmendo
are doing this. one is a Police, or a FBi Police.
2 belive the crimmendo office even got my wallet.
3 belive in 50 year he did send to me like the
the court order.
4 I Need a relife from this

social security

(1) never got the mount rigth that they a most
to be senting me.
2 my full of retirement they never git rigth.
(3) retirement old me back paidment.
I need relife from this

Tent

belive that they took my weigth
belive that I trok my tent down.
belive that they call the ▬▬▬ secial security office
To stop me for it my money.
I need relife for this.

Libaray

"1 belive the Libaray would lit me use the conputor
(2) becouse my license expire.
belive the libaray that thair rule are thair rule.
I need relife.

relife

I need relife from the police follow me every
were I go.
I need relife The micophone mea announ me every I go
, and every state.

(2)

save More store
why do you have 18 cent on Dollar
tax? can you till the court? yes or no